

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2020

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

  Re: *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

  We write with respect to the conference currently scheduled for June 26, 2020, at 11:00 a.m. (Dkt. 22). The Government understands that, due to scheduling issues, it is not possible to hold a teleconference in this case on June 26. Accordingly, we respectfully request that the Court adjourn the June 26 conference until July 1, 2020, at 10:30 a.m. The Government also respectfully requests that, in light of the COVID-19 pandemic, the Court extend the exclusion of time through July 1, 2020, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to these requests.

           Respectfully submitted,
           AUDREY STRAUSS
           Acting United States Attorney

         By:   /s/
          Amanda Houle
          Matthew Laroche
          Jason A. Richman
          Kyle Wirshba
          Assistant United States Attorneys
          (212) 637-2194/2420/2589/2493

cc: Defense counsel (by ECF)