# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
### ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

[RECEIVED OCT 20 2020 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

October 20, 2020

*Via* **Fax**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

    Re: <u>United States v. Cliver Alcala Cordones</u>, 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

I was appointed pursuant to the Criminal Justice Act ("CJA") to represent Cliver Alcala Cordones in the above-referenced matter. As Your Honor is aware, I submitted a budget to the Second Circuit Budgeting Attorney, Alan Nelson, detailing the proposed expenditure of CJA funds for this matter prior to trial. In addition to myself, that budget included three additional attorneys. The Circuit Judges and Your Honor approved the budget and the appointment of each of the three additional attorneys at the following rates: (1) Valerie A. Gotlib, a SDNY CJA Panel Attorney, ($152/hour); (2) Adam Kaufmann ($125/hour); and (3) Cristian Francos ($100/hour).

I was directed by the Court's deputy to send this letter seeking guidance from the Court as to whether each of the three additional attorneys approved under the budget may now submit notices of appearance in this matter or if Your Honor would prefer that we make a formal application for each of the attorneys' CJA appointment. I note that I reached out to Mr. Nelson concerning this question. His response was that he believed that since the budget had been approved it was fine for the attorneys to now enter notices of appearance but that we should confirm with the Court that this is the preferred method. The Court's deputy advised that we should send this letter via facsimile, copying the government, but that it was not necessary to file it on ECF.

[Handwritten annotation: "Each letter shall enter a notice of appearance, subject at all times to your direction and control. 10-20-20 /s/ AKH"]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/20/2020]

Thank you for your continued attention to this matter.

Respectfully submitted,

/s/

César de Castro

Cc:   AUSA Matthew Laroche (*via* email)