| | |
|---|---|
| THE LAW FIRM OF<br># CÉSAR DE CASTRO, P.C.<br>ATTORNEY AT LAW | 7 World Trade Center, 34th Floor<br>New York, New York 10007<br><br>646.200.6166 Main<br>212.808.8100 Reception<br>646.839.2682 Fax<br>www.cdecastrolaw.com |

December 10, 2021

*Via* ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

   Re: *United States v. Cliver Alcala Cordones,* 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

We represent Cliver Alcala Cordones in the above-referenced matter. We write, with the consent of the government, to respectfully requested a three-week adjournment of Mr. Alcala Cordones' motions, which are currently due December 13, 2021. Thank you for your continued attention to this matter.

Respectfully submitted,

 /s/

César de Castro
Valerie A. Gotlib
Adam S. Kaufmann
Cristian Francos