M14HCorC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

           v.                           11 Cr. 205 (AKH)

CLIVER ANTONIO ALCALA
CORDONES,

                Defendant.
                                        Telephone Conference
------------------------------x

                                        New York, N.Y.
                                        January 4, 2022
                                        12:00 p.m.
```

Before:

             HON. ALVIN K. HELLERSTEIN,

                                        District Judge

                           APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  BENJAMIN W. SCHRIER
     Assistant United States Attorney

CESAR DE CASTRO
VALERIE A. GOTLIB
CRISTIAN FRANCOS
     Attorneys for Defendant


Also Present:

Humberto Garcia, Interpreter (Spanish)

M14HCorC

             (The Court and all parties present remotely; case called)

             MR. SCHRIER:  Good afternoon, your Honor.  Ben Schrier, for the government.

             MR. DE CASTRO:  Good afternoon and Happy New Year, Judge, Cesar De Castro and Valerie Gotlib, for the defendant.

             THE COURT:  Good afternoon.

             MR. FRANCOS:  Good afternoon, Judge.  Good afternoon, your Honor.  This is Cristian Franco, for the defense.  Happy New Year.

             THE DEPUTY CLERK:  We cannot hear you.

             THE COURT:  Cristian Francos.

             MR. FRANCOS:  Yes, Cristian Francos, for the defense.  Happy New Year to all.

             THE COURT:  Any other defense counsel?

             MR. DE CASTRO:  That's all, Judge.  We weren't sure about Mr. Francos.  He's traveling.  So I'm happy he's joined us.

             THE COURT:  So, Mr. Schrier, what are we going to do today?

             MR. SCHRIER:  Your Honor, this was originally a status conference set, I believe, so that defense counsel could state and explain the motions that they were intending to file and that we could potentially set a schedule for the government's response to those motions.  However, I am aware that defense

M14HCorC

1  counsel put in a letter a couple of days ago asking that this
2  conference be adjourned and that their motions deadline be
3  adjourned by two weeks, and the government did consent to the
4  filing of that request.  So defense counsel has not yet filed
5  their motions.  So I'm not sure that it will be possible to set
6  a response schedule.
7            THE COURT:  Well, I think we can set a schedule.  So
8  what are the motions that defendants wish to make?
9            MR. DE CASTRO:  So, Judge, this is Cesar De Castro.
10           We are preparing, contemplating, we have been working
11 on motions, potential motions, to dismiss, also a motion for a
12 bill of particulars.  The government is aware of our request
13 for particulars because we made a written request for
14 particulars to them.  So it would be a motion in that regard.
15           I don't see any motions to suppress.  So it's mostly
16 addressing the -- just addressing the substance of the charges
17 in the indictment and a motion for a bill of particulars.
18           We were asking --
19           THE COURT:  You say you're going to make a motion to
20 dismiss the indictment?
21           MR. DE CASTRO:  Yes.
22           THE COURT:  What are the grounds that you think you'll
23 be presenting?
24           MR. DE CASTRO:  So at the moment, Judge, we are -- if
25 you can give me one second to just pull up what -- my notes.

1   Give me one second, your Honor.  My apologies.  We're just
2   having a little technical difficulty, which -- my computer's
3   not cooperating with me.
4           THE COURT:  Maybe Mr. Francos could help.
5           MR. DE CASTRO:  Yes, I'm sure, or Ms. Gotlib.  One
6   second.
7           MS. GOTLIB:  Your Honor, this is Ms. Gotlib, for the
8   defense.
9           THE COURT:  Yes.
10          MS. GOTLIB:  Thank you.
11          One of the things that we are currently researching is
12  a possible motion to dismiss based on sovereign immunity.
13          THE COURT:  OK.  So when do you think you'll file the
14  motions?
15          MR. DE CASTRO:  This is Cesar De Castro.
16          We are thinking -- I think we're going to have our
17  motions ready by next week.  I just built in an extra week in
18  our request just in case because --
19          THE COURT:  How about the 21st, by January 21?
20          MR. DE CASTRO:  That would be fine, Judge.
21          THE COURT:  Mr. Schrier, how much opposition time?
22          MR. SCHRIER:  Could we please have one month, Judge?
23          THE COURT:  No.
24          MR. SCHRIER:  Could we have three weeks, then, your
25  Honor?

1    THE COURT:  Why can't you do it in two weeks?  You're
2 just responding.  You know what you could do with the bill of
3 particulars, and you pretty much know that you're going to
4 be -- sued an individual who claims to be an officer of a
5 foreign state.  So, I mean, this is stuff that you already did,
6 you already know.
7    MR. SCHRIER:  Yes, your Honor.  Defense counsel can
8 correct me if I'm wrong, but I don't understand them to be
9 saying that that is the only basis on which they'll be moving
10 to dismiss the indictment.  So it's somewhat difficult for the
11 government to state that it could respond in two weeks without
12 knowing all the bases on which defense counsel will be seeking
13 to dismiss the indictment.
14    THE COURT:  They're groping, Mr. Schrier.  I'm going
15 to give you two weeks, February 4.
16    MR. SCHRIER:  Thank you, your Honor.
17    THE COURT:  One week to reply, by February 11.  I'll
18 hear you February 16, 2:30.
19    OK, Brigitte?
20    THE DEPUTY CLERK:  Yes, February 16, 2:30 is good.  I
21 need the motion to file, file motion date, what was the first
22 date?
23    THE COURT:  Motions have to be filed by January 21.
24    THE DEPUTY CLERK:  Got it.  That's all I know.
25    THE COURT:  Reply submission by February 4.

1    THE DEPUTY CLERK:  Judge, I got the rest.
2    THE COURT:  All right.  I didn't make a finding under
3 the CARES Act.  Congress has authorized us during this pandemic
4 to avoid danger to people and the Court in bringing them to
5 court, and the defendant, and has authorized us to carry on
6 proceedings remotely, either by video, if available, or by
7 telephone, if the video is not available.  The video is not
8 available, and so we're doing this by telephone.
9    The procedure requires the consent of the defendant.
10 So, Mr. Cordones, do you consent?
11   THE DEFENDANT:  Yes, I authorize it.
12   THE COURT:  Thank you.
13   Now, should there be a motion for excluding time,
14 Mr. Schrier?
15   MR. SCHRIER:  Yes, your Honor.  The government moves
16 to exclude time so that defense counsel can continue to prepare
17 their motions and file those motions, and the motion would be
18 to exclude time until the next scheduled conference date.
19   MR. DE CASTRO:  No objection, your Honor.
20   THE COURT:  Granted without objection.  Thank you very
21 much.  Goodbye.
22   MR. SCHRIER:  Thank you, your Honor.
23   (Adjourned)
24
25