UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>NICOLÁS MADURO MOROS,<br>DIOSDADO CABELLO RONDÓN,<br>HUGO ARMANDO CARVAJAL BARRIOS,<br>   a/k/a "El Pollo,"<br>CLÍVER ANTONIO ALCALÁ CORDONES,<br>LUCIANO MARÍN ARANGO,<br>   a/k/a "Ivan Marquez," and<br>SEUXIS PAUCIS HERNÁNDEZ SOLARTE,<br>   a/k/a "Jesús Santrich,"<br><br>                  Defendants. | Notice of Appearance and Request for<br>Electronic Notification<br><br>S2 11 Cr. 205 (AKH) |

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case on behalf of the United States of America and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

            by: _Kaylan E. Lasky_____
                     Kaylan E. Lasky
                     Assistant United States Attorney
                     (212) 637-2315
                     kaylan.lasky@usdoj.gov

TO:    Attorneys of record