

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2022

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter to provide notice of a classified letter submitted on August 30, 2022 through the Classified Information Security Officer.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:         /s/
    Jason A. Richman
    Kaylan E. Lasky
    Kyle A. Wirshba
    Assistant United States Attorneys
    (212) 637-2589/2315/2493