# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States<br>*Plaintiff*<br>v.<br>Hugo Armando Carvajal Barrios<br>*Defendant* | ) | Case No. 11 Cr. 205 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hugo Armando Carvajal Barrios .

Date: 11/17/2022

s/ Zachary Margulis-Ohnuma
*Attorney's signature*

Zachary Margulis-Ohnuma, NY 3041217
*Printed name and bar number*

ZMO Law PLLC
353 Lexington Ave., Suite 900
New York, NY 10016
*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0922
*FAX number*