UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CLÍVER ANTONIO ALCALÁ CORDONES,

Defendant.

**SUPERSEDING INFORMATION**

S3 11 Cr. 205 (AKH)

## COUNT ONE
(Provision of Material Support and Resources to a Designated Foreign Terrorist Organization)

The United States Attorney charges:

1. From at least in or about 2006, in an offense begun and committed outside of the jurisdiction of any particular State or district of the United States, CLÍVER ANTONIO ALCALÁ CORDONES, the defendant, who was arrested in the Southern District of New York, knowingly provided, and aided and abetted the provision of, "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, property, services, weapons, explosives, and personnel, to a foreign terrorist organization, to wit, the Fuerzas Armadas Revolucionarias de Colombia ("FARC"), which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization, pursuant to Section 219 of the Immigration and Nationality Act ("INA"), knowing that the FARC was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that the FARC has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that the FARC has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Section 2339B.

(Title 18, United States Code, Sections 2339B, 2, and 3238.)

**COUNT TWO**
**(Receipt and Transfer of Firearms for Use in a Federal Crime of Terrorism)**

The United States Attorney further charges:

2.  From at least in or about 2006, in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, CLÍVER ANTONIO ALCALÁ CORDONES, the defendant, who was arrested in the Southern District of New York, did knowingly receive and transfer firearms, knowing and having reasonable cause to believe that such firearms would be used to commit a Federal crime of terrorism (as defined in Title 18, United States Code, Section 2332b(g)(5)), namely the provision of material support and resources to the FARC charged in Count One of this Information, in violation of Title 18, United States Code, Section 924(h).

(Title 18, United States Code, Sections 924(h) and 3238.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney