N7PGcarC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                            11 Cr. 205 (AKH)

HUGO ANTONIO CARVAJAL BARRIOS,
                                        Conference
                Defendant.

------------------------------x
                                        New York, N.Y.
                                        July 25, 2023
                                        12:30 p.m.

Before:

                HON. ALVIN K. HELLERSTEIN,

                                        District Judge


                      APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
KYLE A. WIRSHBA
KAYLAN LASKY
     Assistant United States Attorney

ZACHARY MARGULIS-OHNUMA
TESS COHEN
     Attorneys for Defendant

Also Present:

Nancy Adler, Interpreter (Spanish)
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1              (Case called)
2              THE DEPUTY CLERK:  Counsel, please state your
3     appearances for the record.
4              MR. WIRSHBA:  Good afternoon, your Honor.  Kyle
5     Wirshba for the government, and I'm joined at counsel table by
6     my colleague, Kaylan Lasky.
7              THE COURT:  Good afternoon.
8              MR. MARGULIS OHNUMA:  I'm Zachary Margulis-Ohnuma.
9     I'm joined at counsel table by my colleague, Tess Cohen.
10    Seated between us is Mr. Carvajal Barrios.  Good afternoon,
11    your Honor.
12             THE COURT: Good afternoon.  Good afternoon,
13    Mr. Carvajal.
14             Is there a superseder here?
15             MR. WIRSHBA:  Yes, your Honor.  There is a superseder
16    here.
17             THE COURT:  Please take off your mask when you speak.
18             MR. WIRSHBA:  Yes, your Honor.
19             THE COURT:  Has the defendant been arraigned?
20             MR. WIRSHBA:  Yes, your Honor.
21             THE COURT:  He has been arraigned?
22             MR. WIRSHBA:  Yes, your Honor.
23             THE COURT:  He needs discovery, right, to catch up?
24             MR. WIRSHBA:  Yes, your Honor.  We are preparing
25    discovery for the defense and have discussed with them

1  producing it on a rolling basis.  As you know, this is not the
2  first defendant on this case, so the government is going to
3  begin by producing some of the overlap discovery.
4          We are here --
5          THE COURT:  Some or all?
6          MR. WIRSHBA:  What's that, your Honor?
7          THE COURT:  Just some or all?
8          MR. WIRSHBA:  I think the vast majority.  There may be
9  some portions of it that do not apply to this defendant,
10 certainly, but the vast majority.
11         THE COURT:  I think you would be better advised to
12 give it all.
13         MR. WIRSHBA:  Understood, your Honor.
14         I think we need to carefully look at whether certain
15 things relate only to the one defendant, for example, any
16 statements that he may have made, et cetera, but we will look
17 at it very closely and understand your Honor's admission.
18         THE COURT:  I nevertheless think it should be all.
19         MR. WIRSHBA:  Okay, your Honor.  As your Honor may
20 have seen, we proposed a protective order in this case, which,
21 once entered, we'll be able to provide things to the defense.
22         THE COURT:  I signed it this morning.
23         MR. WIRSHBA:  I apologize.  I didn't see that docket
24 bounce.
25         THE COURT:  You couldn't have seen it, it was five

1  minutes ago.
2              MR. WIRSHBA:  Understood, your Honor.
3              THE COURT:  Give it all.
4              MR. WIRSHBA:  Yes, your Honor.
5              THE COURT:  What else do I need to think about now?
6              MR. WIRSHBA:  I don't think there's much for you to
7  think about now, your Honor.
8              We want to flag, as with the other defendant, we
9  expect there to be extensive litigation in this case.  I won't
10 say more about that in this unclassified setting.  We have been
11 discussing that with defense counsel.
12             At this point, the parties think it makes sense to
13 request a 90-day adjournment to come back before the Court and
14 discuss a possible schedule at that time.
15             We understand from your Honor's staff that
16 November 1st at noon is available for the Court.
17             THE COURT:  Mr. Ohnuma.
18             MR. MARGULIS OHNUMA:  That's all fine, your Honor.  We
19 are looking forward to reviewing all the discovery as well.
20 And given that the promise is that that's going to start right
21 away, I think a 90-day adjournment is reasonable and we would
22 waive speedy trial time for that interim.
23             THE COURT:  And you told your client about the speedy
24 trial rights?
25             MR. MARGULIS OHNUMA:  I did.

1          THE COURT:  And he's prepared to agree to exclude
2    time?
3          MR. MARGULIS OHNUMA:  For this first 90-day interval,
4    yes.
5          THE COURT:  Are you qualified to see secret documents?
6          MR. MARGULIS OHNUMA:  I'm not, your Honor.  And that's
7    part of the reason that I'm agreeing to this delay so that I
8    can make that application.
9          THE COURT:  What's the relationship with the other
10   defendants, Mr. Wirshba?
11         MR. WIRSHBA:  Yes, your Honor.  The government alleges
12   that they were all in a conspiracy together.  That is not on
13   the indictment that this particular defendant was extradited
14   from Spain on.  He was extradited from Spain on the S1
15   indictment.  But as your Honor knows from the S2 superseding
16   indictment, it's the government's position that they all
17   conspired together and they are all superseded to the same
18   case.  The defendant --
19         THE COURT:  Is November 1 going to be a date for
20   everyone?
21         MR. WIRSHBA:  It would be, your Honor, except I don't
22   anticipate that there will be any other defendants at that time
23   who will have arrived in the United States.  At this time, as
24   you know, the other defendant in this case, Cliver Alcala
25   Cordones has pled guilty and is pending sentencing and this

1   defendant just arrived.  I do not expect that there will be
2   other defendants on this indictment who will be available in
3   the United States on November 1st.
4            THE COURT:  Has a Brady order been issued?
5            MR. WIRSHBA:  A Brady order was issued in this case
6   and as to this defendant at the presentment, yes, your Honor.
7            THE COURT:  Motion to exclude time?
8            MR. WIRSHBA:  Yes, your Honor.  The government would
9   seek to exclude time until November 1st to allow the defense to
10  review discovery and to allow the parties to discuss a possible
11  pretrial disposition.
12           THE COURT:  Without objection?
13           MR. MARGULIS OHNUMA:  Correct, your Honor.
14           THE COURT:  So ordered.  Thank you.
15           (Adjourned)