UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
UNITED STATES OF AMERICA :
: **ORDER REGULATING**
: **PROCEEDINGS**
:
   -against- :
: 11 Cr. 205 (AKH)
:
:
HUGO ARMANDO CARVAJAL-BARRIOS, et :
al., :
:
                        Defendants.

---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The government represents that it needs more time to file its CIPA motion. I accept that as reasonable. Accordingly, the enlargement request is granted and Defendant's objections are overruled. The government shall file its submission by June 17, 2024.

       The conference scheduled for May 29, 2024 is adjourned until June 21, 2024 at 10:30 a.m. in Courtroom 14D. Time is excluded until June 21, 2024 at 10:30 a.m., in the interest of justice and in light of the government's sensitive document filtering obligations, pursuant to 18 U.S.C. § 3161(h)(7)(A). There will be no further enlargements. On or prior to May 29, 2024, Defendant shall identify his Fed. R. Crim. P. 12 motions and shall submit a briefing schedule agreed upon by the parties, with the issues to be decided at the June 21, 2024 conference. The Clerk shall terminate the open motion at ECF No. 180.

       SO ORDERED.

Dated:    May 15, 2024                      __/s/ Alvin K. Hellerstein__
           New York, New York           ALVIN K. HELLERSTEIN
                                                          United States District Judge