

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278

June 17, 2024

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. Hugo Armando Carvajal Barrios</u>, S1 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

    The Government writes to respectfully notify the Court that the Government has made available to the Classified Information Security Officer a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d), dated June 17, 2024.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney
                                Southern District of New York

                     By:    /s/_____
                            Nicholas S. Bradley
                            Kaylan E. Lasky
                            Kevin T. Sullivan
                            Assistant United States Attorneys
                            (212) 637-1581 / -2315 / -1587

cc: Defense Counsel (by ECF)