UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

HUGO ARMANDO CARVAJAL BARRIOS, et al.,

                      Defendants.

---

**SCHEDULING ORDER**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The pretrial conference scheduled for July 17, 2024 is adjourned until July 24, 2024 at 2:30 p.m. in Courtroom 14D. Time is excluded until July 24, 2024 at 2:30 p.m. in the interest of justice and in light of ongoing discovery needs. *See* 18 U.S.C. § 3161(h)(7)(A).

Dated:    July 12, 2024                            /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                                        United States District Judge