UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA

    -against-

HUGO ARMANDO CARVAJAL-BARRIOS, et al.,

                            Defendants.

---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    An *ex parte* and *in camera* hearing was held on July 17, 2024 to hear Defendant Carvajal Barrios's request for further discovery into certain documents because of alleged insufficiencies of summaries. Further proceedings will be described in subsequent orders.

    SO ORDERED.

Dated:    July 18, 2024
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge