UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                          :

UNITED STATES OF AMERICA              :      **<u>SCHEDULING ORDER</u>**

                                          :

        -against-                        :      11 Cr. 205 (AKH)

                                          :

HUGO ARMANDO CARVAJAL-BARRIOS, et
al.,                                           :
                           Defendants.      :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          The government shall bring the documents underlying summaries 4, 7, 15, 17, 27, 41, and 50 for review at an *ex parte* and *in camera* hearing to be held on August 8, 2024, at 10 a.m. in Courtroom 6B at 500 Pearl Street.

          The conference scheduled for August 1, 2024, is adjourned until August 14, 2024, at 10:00 a.m. in Courtroom 14D at 500 Pearl Street.  Time is excluded until August 14, 2024, at 10:00 a.m., in the interest of justice and in light of the ongoing discovery issues, pursuant to 18 U.S.C. § 3161(h)(7)(A).

          SO ORDERED.

Dated:     July 24, 2024
           New York, New York              ALVIN K. HELLERSTEIN
                                              United States District Judge