UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **SCHEDULING ORDER**
:
   -against- : 11 Cr. 205 (AKH)
:
:
:
HUGO ARMANDO CARVAJAL-BARRIOS, et al., :
:
               Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In light of continuing consideration of Defendant's motion for amendment of the CIPA protective order, the conference scheduled for August 14, 2024 is adjourned until September 24, 2024, at 10:00 a.m. in Courtroom 14D at 500 Pearl Street. Time is excluded until September 24, 2024, at 10:00 a.m., in the interest of justice and in light of the ongoing discovery issues, pursuant to 18 U.S.C. § 3161(h)(7)(A).

        SO ORDERED.

Dated:   August 8, 2024          /S/ Alvin K. Hellerstein
           New York, New York    ALVIN K. HELLERSTEIN
                                     United States District Judge