

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 6, 2024

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Hugo Armando Carvajal Barrios*, S1 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

    The Government respectfully writes to notify the Court that the Government has made available to the Classified Information Security Officer a classified, *ex parte* submission to the Court, dated September 6, 2024, following the *ex parte*, *in camera* hearing held pursuant to Section 2 of the Classified Information Procedures Act on August 8, 2024. (Dkt. 199).

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/
        Nicholas S. Bradley
        Kaylan E. Lasky
        Kevin T. Sullivan
        Assistant United States Attorneys
        (212) 637-1581 /- 2315 / -1587

Cc: Counsel of Record (by ECF)