**LAW OFFICE OF ROBERT FEITEL, P.L.L.C.**
1300 Pennsylvania Avenue, N.W.
WASHINGTON, D.C. 20004
202-450-6133 (office)
202-255-6637 (cell)
RF@RFeitelLaw.com

September 30, 2024

Honorable Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
Manhattan, New York 10007

                Re:    *U.S. v. Hugo Armando Carvajal Barrios*
                         11 Cr. 205 (AKH)

Dear Judge Hellerstein:

      I am writing to respectfully ask this Court to advance the date of the next scheduled status hearing in this case from October 22, 2024 to October 8, 2024 or the afternoon of October 9, 2024. This request is made because undersigned counsel and co-counsel Sandi S. Rhee are scheduled to begin a jury trial in *United States v. Espinosa*, 5:23 Cr. 0006 (TTC) in the United States District Court for the Western District of Virginia on October 16, 2024 and we do not believe that the case will be concluded in time for us to attend the status conference on October 22, 2024. That trial was originally scheduled to begin on October 15, 2024, but witness availability issues forced the court to delay the trial's commencement.

      Undersigned consulted with the prosecutors assigned to this case and the parties agree that given the recent change in defense counsel, it would be appropriate to advance the status conference, rather than delay it. The parties are all available on the dates requested, assuming they are consistent with the Court's availability.

      Thank you for your consideration in this matter.

                                                                            Respectfully submitted

                                                                             *Robert Feitel*
                                                                             _____
                                                                             Robert Feitel

Copies via ECF:
All government counsel of record