```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

              v.                         11 Cr. 205 (AKH)

HUGO ARMANDO CARVAJAL-BARRIOS,
                                         Conference
                   Defendant.

------------------------------x
                                         New York, N.Y.
                                         November 12, 2024
                                         2:45 p.m.

Before:

               HON. ALVIN K. HELLERSTEIN,

                                         District Judge


                       APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
KEVIN SULLIVAN
KAYLAN LASKY
NICHOLAS BRADLEY
     Assistant United States Attorneys

ROBERT FEITEL
     Attorney for Defendant

Also Present:

Dagoberto Orrantia, Interpreter (Spanish)
```

1        (Case called)
2        MR. BRADLEY:  Good afternoon, your Honor.  Nicholas
3   Bradley, Kevin Sullivan, and Kaylan Lasky for the government.
4        MR. FEITEL:  Good afternoon, as well, your Honor.
5   Robert Feitel for the defendant, Mr. Caravajal, who is present
6   in court today.  I believe he is listening to the translated
7   version of the events through his headphones.
8        THE COURT:  I'm sorry.  You're muttering.
9        MR. FEITEL:  Sorry, your Honor.  My client is present,
10  and we are prepared to proceed, your Honor.
11       THE COURT:  How do you do, Mr. Caravajal?
12       THE DEFENDANT:  Fine.  Thank you.
13       THE COURT:  First, I want to ask what is the status of
14  Mr. Feitel's clearance, Mr. Feitel?
15       MR. FEITEL:  Good afternoon, your Honor.  My clearance
16  forms have all been submitted.  I've exchanged emails and spoke
17  with Mr. Rucker.  He told me he was going to try to expedite my
18  getting a provisional professional clearance so I could start
19  reviewing the materials as soon as possible.
20       THE COURT:  Thank you.
21       MR. FEITEL:  Thank you.
22       THE COURT:  I have your letter, Mr. Bradley, and it's
23  on consent; right?
24       MR. BRADLEY:  That's correct, your Honor.
25       THE COURT:  I approve all the dates and the

1     procedures.

2                MR. BRADLEY:  Thank you.

3                THE COURT:  Is there anything else we do today?

4                MR. BRADLEY:  The only other open item is Mr. Feitel

5     was going to advise the Court about potential pretrial motions

6     and also the parties would propose a schedule on that, your

7     Honor.  We did speak briefly before the conference.  We do have

8     a schedule to propose to the Court, and I'm happy to provide

9     that now.

10               THE COURT:  Okay.  Go ahead.

11               MR. BRADLEY:  Based on our conversations, we would

12    propose that the defense file any pretrial motions by

13    January 15th.  The government response would be due

14    February 14.

15               THE COURT:  Reply date?

16               MR. BRADLEY:  Mr. Feitel just said February 21.  The

17    government would be fine with that date.

18               THE COURT:  So motions by January 17, opposition by

19    February 14, reply by February 21, 2025.

20               MR. BRADLEY:  Yes, your Honor.

21               THE COURT:  Mr. Feitel, are you in position to know

22    what motions you would likely to be making, without binding

23    you?

24               MR. FEITEL:  Your Honor, I have reviewed a very

25    significant amount of discovery.  I believe I will be filing

1    motions, possibly one to challenge my client's extradition to
2    the United States.  Two, I believe I will file another motion,
3    a version filed by the codefendant, asserting a sovereign
4    immunity defense.
5              THE COURT:  Sovereign immunity, haven't I ruled on
6    that?
7              MR. FEITEL:  Up did, your Honor.  I've read the
8    pleadings.  My client stands in a slightly different position.
9    I think it's worth raising the issue.  In addition, prior
10   counsel had submitted motions that your Honor denied seeking to
11   depose, pursuant to Rule 15, certain persons outside of the
12   United States.  I'm going to revisit that issue in light of
13   what I've learned about the case.
14             I also plan, your Honor, to file a generalized motion
15   seeking to prohibit the wholesale instruction of coconspirator
16   hearsay in this case and that will apply cross the board.
17   There may be other specific motions that come to mind after I
18   learn what the government plans to introduce, the prosecutors
19   and I discuss their filings motions about other crimes
20   evidence, but at this point those are the motions I anticipate
21   filing.
22             THE COURT:  Shouldn't the coconspirator hearsay aspect
23   be deferred until motions *in limine* before trial?
24             MR. FEITEL:  I think that it might merit, at least by
25   filing a motion generally about the subject of coconspirator

1  statements, perhaps it will become relevant later.  But at
2  least that way I will be on a deadline for filing pleadings
3  with the Court.
4              THE COURT:  Okay.  So those are the dates.  You can
5  make whatever motions you please.
6              Anything else, Mr. Bradley?
7              MR. BRADLEY:  Not from the government, your Honor.
8              THE COURT:  Mr. Feitel?
9              MR. FEITEL:  No, your Honor.
10             THE COURT:  A motion, Mr. Bradley?
11             MR. BRADLEY:  Your Honor, the Court previously
12 excluded time through the trial date, through June 23, 2025, at
13 our last conference.
14             THE COURT:  So we don't have to do anything more.
15             Thank you all.  When should I see you again?
16             MR. BRADLEY:  I would propose -- I haven't spoken to
17 Mr. Feitel about this -- but I would propose, your Honor, that
18 we perhaps schedule a date at the end of February after the
19 motions have been fully briefed.
20             THE COURT:  I won't get the full briefing until
21 February 21.
22             THE DEPUTY CLERK:  March 5th at 4:00.
23             MR. BRADLEY:  That works for the government, your
24 Honor.
25             MR. FEITEL:  That works for the defense as well if

OBC4CARC

1   your Honor is good with it.
2               (Discussion off the record)
3               THE DEPUTY CLERK:  March 5th at 10:00 a.m.
4               THE COURT:  Thank you, folks.
5               (Adjourned)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300