**LAW OFFICE OF ROBERT FEITEL, P.L.L.C.**
1300 Pennsylvania Avenue, N.W.
WASHINGTON, D.C. 20004
202-450-6133 (office)
202-255-6637 (cell)
RF@RFeitelLaw.com

March 3, 2025

Honorable Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
Manhattan, New York 10007

      Re: *U.S. v. Hugo Armando Carvajal Barrios*
        11 Cr. 205 (AKH)

Dear Judge Hellerstein:

  I am writing in advance of the currently scheduled status hearing on March 5, 2025, to respectfully ask this Court to allow my client Hugo Carvajal to waive his appearance for the proceeding. The defendant advised me late last week that he was suffering from a serious attack of hypertension and specifically asked that I contact the Court to waive his appearance. The prosecutors on the case were notified about the defendant's health problems, confirmed that he sought treatment at the MDC and then advised me that they take no position as to this request to excuse his presence. I note that Federal Rule of Criminal Procedure 43(b)(3) specifically permits a defendant to waive his appearance for a "conference," which would include the upcoming status hearing. I represent to the Court that after the status hearing concludes, I will immediately advise the defendant what transpired in his absence.

  Thank you for your consideration in this matter.

                Respectfully submitted

                *Robert Feitel*

                _____
                Robert Feitel

Copies via ECF:
All government counsel of record