

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 4, 2025

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Hugo Armando Carvajal Barrios*, S1 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes in advance of tomorrow's status conference to propose a pretrial schedule for the Court's consideration. Trial in this case is scheduled to begin on June 23, 2025. The parties have conferred and agree upon the below proposed schedule:

- 4/24/25 – Government Expert Disclosures Due
- 5/23/25 – Defense Expert Disclosures Due
- 5/30/25 – Motions *in Limine*, Requests to Charge, and Voir Dire Due
- 6/06/25 – Oppositions to Motions *in Limine* Due
- 6/09/25 – Exhibits and 3500 Material Due
- 6/16/25 – Final Pretrial Conference

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____/s/_____
Nicholas S. Bradley
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-1581 /- 2315 / -1587

Cc: Counsel of Record (by ECF & Email)