

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 4, 2025

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

The proposed pretrial schedule is adopted with the following change: trial will begin on June 30, 2025. SO ORDERED.
3/5/25 /s/ Alvin K. Hellerstein

Re: *United States v. Hugo Armando Carvajal Barrios*, S1 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes in advance of tomorrow's status conference to propose a pretrial schedule for the Court's consideration. Trial in this case is scheduled to begin on June 23, 2025. The parties have conferred and agree upon the below proposed schedule:

- 4/24/25 – Government Expert Disclosures Due
- 5/23/25 – Defense Expert Disclosures Due
- 5/30/25 – Motions *in Limine*, Requests to Charge, and Voir Dire Due
- 6/06/25 – Oppositions to Motions *in Limine* Due
- 6/09/25 – Exhibits and 3500 Material Due
- 6/16/25 – Final Pretrial Conference

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____/s/_____
Nicholas S. Bradley
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-1581 /- 2315 / -1587

Cc: Counsel of Record (by ECF & Email)