U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 13, 2025

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Hugo Armando Carvajal Barrios*, S1 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes on behalf of the parties to jointly request the below changes to the pretrial schedule previously endorsed by the Court on March 5, 2024, (*see* ECF No. 234):

- 6/03/25 (*instead of 5/30/25*) – Motions *in Limine*, Requests to Charge, and Voir Dire Due

- 6/10/25 (*instead of 6/06/25*) – Oppositions to Motions *in Limine* Due

- 6/13/25 (*instead of 6/09/25*)– Exhibits and 3500 Material Due

The original schedule proposed by the parties on March 4, 2025 was based on a trial start date of June 23, 2025, which the Court then moved to June 30, 2025. The final pretrial conference is currently scheduled for June 16, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____
Nicholas S. Bradley
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-1581 /- 2315 / -1587

Cc: Counsel of Record (by ECF & Email)