```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :      SCHEDULING ORDER
       -against-                                               :
                                                               :      11 Cr. 205 (AKH)
HUGO ARMANDO CARVAJAL-BARRIOS,                                 :
                                                               :
                               Defendant.                      :
                                                               :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Hugo Armando Carvajal-Barrios' sentencing, previously scheduled for October 29, 2025, is adjourned to November 19, 2025 at 10:00 a.m.

        The Clerk shall terminate ECF No. 253.

        SO ORDERED.

Dated:    October 17, 2025                          /s/ Alvin K. Hellerstein
             New York, New York               ALVIN K. HELLERSTEIN
                                                               United States District Judge