```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :     SCHEDULING ORDER
        -against-                                             :
                                                              :     11 Cr. 205 (AKH)
HUGO ARMANDO CARVAJAL-BARRIOS,                                :
                                                              :
                                Defendant.                    :
                                                              :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

My order of November 5, 2025, ECF No. 256, is revised as follows:

The sentencing in this matter is adjourned to February 23, 2026, at 11:00 a.m., and day-to-day thereafter until concluded.

The Clerk shall terminate ECF No. 255.

SO ORDERED.

Dated:   November 6, 2025                    /s/ Alvin K. Hellerstein
         New York, New York              ALVIN K. HELLERSTEIN
                                         United States District Judge

1