UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NICOLÁS MADURO MOROS,
DIOSDADO CABELLO RONDÓN,
RAMÓN RODRÍGUEZ CHACÍN,
CILIA ADELA FLORES DE MADURO,
NICOLÁS ERNESTO MADURO GUERRA,
    a/k/a "Nicolasito,"
    a/k/a "The Prince," and
HECTOR RUSTHENFORD GUERRERO FLORES,
    a/k/a "Niño Guerrero,"

      Defendants.

**NOTICE OF APPEARANCE
AND REQUEST FOR
ELECTRONIC NOTIFICATION**

11 Cr. 205 (AKH)

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: /s/ Henry L. Ross
     Henry L. Ross
     Assistant United States Attorney
     (212) 637-2442

TO:   Counsel of Record (via ECF)