UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

VS                                                                                                   S4 11-cr-205 (AKH)

**CILIA ADELA FLORES de MADURO,**
    **Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Mark E. Donnelly hereby moves this Court for an Order for Admissionto practice Pro Hac Vice to appear as counsel for for admission to practice Pro Hac Vice as counsel for Cilia Adela Flores de Maduro in the above-captioned action.

I am in good standing of the bar of the State of Texas and the bar of the Southern District of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an un-notarized affidavit in an attempt to comply with Local Rule 1.3.

Dated: January 5, 2026                                       Respectfully submitted,

/s/_____
Mark E. Donnelly
Parker Sanchez & Donnelly, PLLC
700 Louisiana, Suite 4520
Houston, Texas 77002
(713) 659-7200
Mark@PSD.law