**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**VS**                                                              **S4 11-cr-205 (AKH)**

**CILIA ADELA FLORES de MADURO,**
    **Defendant.**

## DECLARATION OF MARK E. DONNELLY

1. "My name is Mark E. Donnelly. I am over 18 years of age, of sound mind, and capable of making this declaration. My address is 700 Louisiana, Suite 4520, Houston, Texas 77002, United States of America. The facts stated in this affidavit are within my personal knowledge. I declare under penalty of perjury that the foregoing is true and correct

2. "I am an attorney licensed to practice in the State of Texas.

3. "I have never been convicted of a felony.

4. "I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. "There are no disciplinary proceedings presently pending against me.

Executed in New York, New York, on the ___5th___ day of January 2026.


_____
Mark E. Donnelly