AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cr-00205 (AKH) |
| Nicolas Maduro Moros | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicolas Maduro Moros                              .

Date:   01/05/2026                              /s/ Barry J. Pollack
                                              *Attorney's signature*

                                              Barry J. Pollack BP5830
                                              *Printed name and bar number*

                                              HARRIS ST. LAURENT & WECHSLER LLP
                                              1775 Pennsylvania Avenue, N.W., Suite 650
                                              Washington, D.C. 20005
                                              *Address*

                                              bpollack@hs-law.com
                                              *E-mail address*

                                              (202) 617-5971
                                              *Telephone number*

                                              (212) 202-6206
                                              *FAX number*