UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

United States of America,

Plaintiff,

- against -

Nicolas Maduro Moros,

Defendant.

-----------------------------------------x

1:11 CR 00205 (AKH2)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Bruce Fein__, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __District of Columbia__; and that his/her contact information is as follows

Applicant's Name: __Bruce Fein__
Firm Name: __Law Offices of Bruce Fein__
Address: __300 New Jersey Ave NW Ste 300__
City/State/Zip: __Washington DC 20001__
Telephone/Fax: __(202) 465-8728__

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for __Nicolas Maduro Moros__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge