AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cr-00205 (AKH) |
| Nicolas Maduro Moros | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicolas Maduro Moros.

Date:  01/06/2026

/s/ Bruce Fein
*Attorney's signature*

Bruce Fein (pro hac vice pending)
*Printed name and bar number*

LAW OFFICES OF BRUCE FEIN LLC
300 New Jersey Avenue, N.W., Suite 300
Washington, D.C. 20001

*Address*

bruce@feinpoints.com
*E-mail address*

(202) 465-8728
*Telephone number*

N/A
*FAX number*