UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

United States of America,

           Plaintiff,

- against -

Nicolas Maduro Moros,

           Defendant.

-----------------------------------------x

1:11 CR 00205 (AKH2)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Bruce Fein**, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **District of Columbia**; and that his/her contact information is as follows

Applicant's Name: Bruce Fein
Firm Name: Law Offices of Bruce Fein
Address: 300 New Jersey Ave NW Ste 300
City/State/Zip: Washington DC 20001
Telephone/Fax: (202) 465-8728

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for **Nicolas Maduro Moros** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/7/2026

*[signature]*

United States District / Magistrate Judge