UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **SCHEDULING ORDER**
:
-against- : 11 Cr. 205 (AKH)
:
:
:
HUGO ARMANDO CARVAJAL-BARRIOS :
: 
Defendant. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing in this matter, previously scheduled to be held on February 23, 2026, is adjourned to April 16, 2026, at 10:00 a.m.

       SO ORDERED.

Dated:    February 24, 2026          /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge