UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA,            :

      v.                                          :     S4 11-CR-205 (AKH)

NICOLÁS MADURO MOROS, *et al.*     :

                   Defendants.       :
------------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Barry J. Pollack and all exhibits annexed thereto, and upon all of the pleadings and proceedings contained herein, Mr. Nicolás Maduro Moros, by and through undersigned counsel, respectfully moves this Court, before the Hon. Alvin K. Hellerstein at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order pursuant to Federal Rule of Criminal Procedure 12(b) dismissing the Fourth Superseding Indictment. In the alternative, to the extent that this Court denies the Motion to Dismiss, counsel for Mr. Maduro seeks leave to withdraw.

Dated: February 26, 2026                     Respectfully submitted,

                                                              /s/ *Barry J. Pollack*
                                                            Barry J. Pollack
                                                           HARRIS ST. LAURENT & WECHSLER LLP
                                                           1775 Pennsylvania Avenue, N.W., Suite 650
                                                           Washington, D.C. 20005
                                                           (202) 617-5971
                                                           bpollack@hs-law.com

## TABLE OF CONTENTS

I. Memorandum of Law in Support of Motion of Nicolás Maduro Moros to Dismiss the Indictment Due to Interference By the United States Government with His Sixth Amendment and Due Process Rights or, in the Alternative, Leave For Retained Counsel to Withdraw

II. Exhibit A - Declaration of Henry Rodríguez Facchinetti

III. Exhibit B – Declaration of Nicolás Maduro Moros

IV. Exhibit C - Declaration of Barry J. Pollack

    A. Exhibit 1 — License issued by the United States Office of Foreign Asset Control at 3:18 p.m. on Friday, January 9, 2026

    B. Exhibit 2 — License issued by United States Office of Foreign Asset Control at 6:05 p.m. on Friday, January 9, 2026

V. Exhibit D - Declaration of Timothy O'Toole

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of February 2026, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

*/s/ Barry J. Pollack*  
Barry J. Pollack
