# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

v.                                                                                          S4 11-CR-205 (AKH)

NICOLAS MADURO MOROS, et al.

                                 Defendants.
-----------------------------------------------------------X

## DECLARATION OF NICOLAS MADURO MOROS

I, President Nicolas Maduro Moros, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. On January 4, 2026, I retained Barry J. Pollack and his law firm of Harris St. Laurent & Wechsler LLP to represent me in this case.

2. I understand that under the laws and practices of the Bolivarian Republic of Venezuela, I am entitled to have the government of Venezuela pay for my legal defense.

3. I understand that the government of Venezuela is prepared to fund my legal defense and it is my expectation that it will.

4. I have relied on this expectation and cannot afford to pay for my own legal defense.

5. If the Court requests me to do so, I will submit a financial affidavit to the Court to demonstrate my inability to fund my own legal defense.

6. Based on my belief that the government of Venezuela would pay for Mr. Pollack and his law firm to represent me, Mr. Pollack entered an appearance in my case on January 5, 2026. Since that time, I have been working with him on my legal defense.

7. He is my counsel of choice, and I want Mr. Pollack to be able to continue to represent me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2026.

_____
President Nicolas Maduro Moros

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                           S4 11-CR-205 (AKH)

NICOLAS MADURO MOROS, *et al.*

　　　　　　　　　Defendants.
------------------------------------------------------------X

## DECLARACION DE NICOLAS MADURO MOROS

Yo, el Presidente Nicolas Maduro Moros, declaro bajo pena de perjurio conforme a 28 U.S.C. § 1746 que lo siguiente es verdadero y correcto:

1. El 4 de enero de 2026, contraté a Barry J. Pollack y a su bufete de abogados Harris St. Laurent & Wechsler LLP para que me representaran en este caso.

2. Entiendo que, según las leyes y prácticas de la República Bolivariana de Venezuela, tengo derecho a que el gobierno de Venezuela pague por mi defensa legal.

3. Entiendo que el gobierno de Venezuela está dispuesto a financiar mi defensa legal y es mi expectativa que así lo hará.

4. Me he basado en esta expectativa y no puedo pagar por mi propia defensa legal.

5. Si el Tribunal me lo solicita, presentaré una declaración jurada financiera ante el Tribunal para demostrar mi incapacidad para pagar mi propia defensa legal.

6. Basándome en mi creencia de que el gobierno de Venezuela pagaría para que el Sr. Pollack y su bufete de abogados me representaran, el Sr. Pollack compareció en mi caso el 5 de enero de 2026. Desde entonces, he estado trabajando con él en mi defensa legal.

7. Él es mi abogado de confianza, y deseo que el Sr. Pollack pueda continuar representándome.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el día 18 de febrero de 2026.

_____
Presidente Nicolas Maduro Moros