

January 5, 2026

**By Email**
Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007
HellersteinNYSDChambers@nysd.uscourts.gov

    Re:  <u>*United States v. Nicolas Maduro Moros, et al.* 11-CR-205 (AKH)</u>

Dear Judge Hellerstein:

I am entering an appearance in the above-captioned criminal matter on behalf of Defendant Nicolas Maduro Moros. Both Mr. Maduro and the government of Venezuela are subject to sanctions. Under the sanctions regime, I understand I will need a specific license from the Office of Foreign Assets Control (OFAC) in order to be paid legal fees. I anticipate seeking a license forthwith and that it will be granted promptly. If, contrary to expectations, the license is not promptly granted, it may affect my ability to continue the representation. I am not seeking any action by the Court. I just wanted to give the Court notice of this unusual circumstance. I also understand that Andres Sanchez and Mark Donnelly of the firm Parker Sanchez & Donnelly have been retained to represent Defendant Cilia Adela Flores de Maduro and that they anticipate making an oral motion for admission *pro hac vice* and to enter an appearance in court.

Thank you.

                                               Sincerely,

                                               <u>*/s/ Barry J. Pollack*</u>

                                               Barry J. Pollack

Page 2 of 2
January 5, 2026

    cc:    Kaylan Lasky (AUSA)
           Kyle Wirshba (AUSA)
           Kevin Nunnally (AUSA)
           Kevin Sullivan (AUSA)
           Nicholas Bradley (AUSA)
           Henry Ross (AUSA)
           Andres Sanchez
           Mark Donnelly