UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,               :

    -against-                    :

NICOLÁS MADURO MOROS and CILIA    :
ADELA FLORES DE MADURO,

                 Defendants.    :

------------------------------------------------------------- x

**ORDER REGULATING
PROCEEDINGS**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

1.  The Court rules on the parties' proposed protective orders as follows:

Paragraph 13 of the protective order shall read:

"13. Disclosure Material may not be shared with any named defendant who has not yet been apprehended in this action or any such defendant's counsel. It is not necessary to share Disclosure Material in order to prepare the defense."

2.  The Government shall submit an updated protective order in accordance with this order.

3.  The Clerk of Court shall terminate ECF Nos. 296, 299, and 302.

    SO ORDERED.

Dated:      April 7, 2026
            New York, New York

                            ALVIN K. HELLERSTEIN
                            United States District Judge