Upon motion of all parties, and for the reasons set out in their respective letters: the motions of both Defendants to withdraw their motions to dismiss the indictments against them filed February 26 and March 3, 2026, without prejudice, are granted; and the motions of all parties to set the next conference on June 30, 2026, at 12:00pm in courtroom 14D, and to exclude time until then, are also are granted. The Clerk shall terminate ECF Nos. 289 and 292.



SO ORDERED.

*Alvin K. Hellerstein*     May 1, 2026

U.S.D.J.          5/4/2026

**By ECF**

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: *United States v. Nicolás Maduro Moros, et al.* **11-CR-205 (AKH)**

Dear Judge Hellerstein:

In response to the Court's April 27, 2026 Order, we write to confirm that Mr. Maduro and Ms. Flores de Maduro consent to the exclusion of time under the Speedy Trial Act between April 24, 2026 and the next court conference to allow the defense an opportunity to review discovery and prepare pretrial motions. The government joins in the request to exclude this time. The parties believe that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

We have conferred with counsel for the government about their availability, and all parties would be available for a court conference the week of June 29, if there is a date that week available on the Court's calendar.

Sincerely,

*/s/ Barry J. Pollack*

*Counsel for Mr. Maduro*

*/s/ Andres Sanchez*

*/s/ Mark Donnelly*

*Counsel for Ms. Flores de Maduro*

cc:    All counsel by ECF

BARRY J. POLLACK | HS-LAW.COM | BPOLLACK@HS-LAW.COM | DIRECT (202) 617-5971

MAIN (212) 397-3370 | FAX (212) 202-6206 | 1775 PENNSYLVANIA AVE, NW, SUITE 650, WASHINGTON, D.C. 20006