UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                    :

UNITED STATES OF AMERICA,          :

                    :     **<u>SCHEDULING ORDER</u>**

                    :

     -against-             :     11 Cr. 205 (AKH)

                    :

NICOLÁS MADURO MOROS and CILIA  :
ADELA FLORES DE MADURO,      :

                    :

          Defendants.    :

                    :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled in this matter for July 22, 2026, at 12:00 p.m. will be

held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

       SO ORDERED.

Dated:     July 21, 2026                   /s/ Alvin K. Hellerstein
          New York, New York           ALVIN K. HELLERSTEIN
                                  United States District Judge