

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 21, 2026

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** ***United States v. Maduro Moros and Flores de Maduro***, **S4 11 Cr. 205 (AKH)**

Dear Judge Hellerstein:

The Government respectfully writes to advise the Court that the parties intend to request a trial date and certain pretrial deadlines in this case at the July 22, 2026 status conference.

The parties agree that the defendants' pretrial motions should be bifurcated into two rounds of briefing: (i) a first round of motions filed prior to the Government's completion of discovery, including the defendants' anticipated motion claiming immunity in this case; and (ii) a second round of motions, following the Government's completion of discovery, for any of the defendants' additional pretrial motions. Accordingly, the parties jointly propose the following schedule for discovery, pretrial motions, and trial:

| Deadline | Date |
| --- | --- |
| Defense pretrial motions (first round) | **September 2, 2026** |
| Government completion of substantial production of unclassified discovery[1] | **September 22, 2026** |
| Government opposition to defense pretrial motions (first round) | **October 2, 2026** |
| Defense replies (first round) | **October 16, 2026** |
| Oral argument on defense pretrial motions (first round) | **November 2026** |
| Government completion of substantial production of classified discovery | **November 15, 2026**[2] |

---

[1] The Government has already provided the defendants with the vast majority of Rule 16 discovery in this case and will continue to work expeditiously to satisfy its discovery obligations.

[2] The Government's ability to satisfy its classified discovery obligations depends, in part, on other components of the United States Government outside the U.S. Department of Justice. If delays prevent the Government from meeting this deadline, the Government will so inform the defense and anticipates a motion to adjust the following motion schedule. The provision of classified discovery may result in litigation under the Classified Information Procedures Act, which could result in the need to adjust the remainder of the schedule.

*United States v. Maduro Moros*, S4 11 Cr. 205 (AKH)                                    Page 2
Hon. Alvin K. Hellerstein
July 21, 2026

| | |
|---|---|
| Defense pretrial motions (second round) | **January 11, 2027**[3] |
| Government opposition to defense pretrial motions (second round) | **February 18, 2027** |
| Defense replies (second round) | **March 11, 2027** |
| Government motion under Section 4 of the Classified Information Procedures Act | **March 11, 2027** |
| Trial to commence | **June 2027** |

The parties each reserve the right to seek adjournments of the deadlines set forth above. Counsel for both defendants have informed the Government that they consent to the foregoing requests.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____

Kaylan E. Lasky
Henry L. Ross
Kevin T. Sullivan
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2493

cc: Counsel of Record (by ECF & Email)

---

[3] In the event that the Court has not ruled on any claims of immunity or other jurisdictional issues made in the defendants' first round of pretrial motions by this date, the defense anticipates that it will seek an adjournment of this deadline and a corresponding adjustment of the remaining schedule.