UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

CILIA ADELA FLORES DE MADURO,

Defendant.

---------------------------------------------------------------- x

**ORDER GRANTING MOTION TO SEAL**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Cilia Adela Flores de Maduro ("Ms. Flores") filed an application for pretrial release and an accompanying motion to seal Exhibit C of the application, which contains her personal medical records. The memorandum of law explaining Ms. Flores' reasons for seeking pretrial release remains unsealed and unredacted, and Ms. Flores limitedly seeks to seal her actual medical records contained in Exhibit C. "[C]ourts in this circuit regularly allow medical records to be filed under seal, finding that parties have a strong privacy interest in their medical information." *Spring v. Allegany-Limestone Cent. Sch. Dist.*, No. 14-CV-476S, 2021 WL 4166628, at *1 (W.D.N.Y. Sept. 14, 2021). Ms. Flores' privacy interest in sealing her personal medical records supersedes the presumption of public access as it relates to this motion. Therefore, Ms. Flores' motion to seal Exhibit C is granted. The Clerk of Court shall terminate ECF No. 328.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge