# EXHIBIT A

**(Filed Under Seal)**