# EXHIBIT B

**(Filed Under Seal)**