**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 25, 2026

**VIA ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Maduro Moros, et al.*, 11 Cr. 205 (AKH)**

Dear Judge Hellerstein:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of September 25, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: s/ Jason A. Richman
Jason A. Richman
Assistant United States Attorney
(212) 637-2589

Cc: Defense Counsel (via ECF)