**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 8, 2026

**BY EMAIL**
The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Nicolás Maduro Moros et al.*, S5 11 Cr. 205 (AKH)**

Dear Judge Ricardo:

The Government respectfully requests that Superseding Indictment S5 11 Cr. 205 (AKH) be unsealed in the above-referenced case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Kaylan E. Lasky
Henry L. Ross
Kevin T. Sullivan
Kyle A. Wirshba
Assistant United States Attorneys

SO ORDERED:

HONORABLE HENRY J. RICARDO
United States Magistrate Judge
Southern District of New York