UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS S5 11-cr-205 (AKH)

CILIA ADELA FLORES de MADURO

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Miguel Andres Sanchez-Ross, Applicant, for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Texas and the bar of the Southern District of Texas; and that his contact information is as follows:

Applicant's Name: Miguel Andres Sanchez-Ross

Firm Name: Parker Sanchez & Donnelly, PLLC

Address: 700 Louisiana, Suite 4520

City/State/Zip: Houston, Texas 77002

Telephone: 713-659-7200

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Cilia Adela Flores de Maduro in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/13/26

United States District / Magistrate Judge