UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

NICOLÁS MADURO MOROS and CILIA FLORES DE MADURO,

Defendant.

---------------------------------------------------------------- x

S5 11 Cr. 205 (AKH)

ORDER

ALVIN K. HELLERSTEIN, U.S.D.J.:

The arraignment of Nicolás Maduro and Cilia Flores de Maduro on the charges contained in S5 11 Cr. 205 is scheduled for **October 15, 2026, at 11:00 a.m.** The proceedings will take place in Courtroom 26A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: October 14, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge