USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NICOLÁS MADURO MOROS, and
CILIA ADELA FLORES DE MADURO,

Defendants.

S5 11 Cr. 205 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court notes with profound sadness the passing of the Honorable Alvin K. Hellerstein, who previously presided over this matter.

Following the reassignment of this case to the undersigned on October 28, 2026, the Court has reviewed the docket and scheduling parameters. To ensure the orderly and efficient administration of justice, and to prevent any prejudice, disruption, or uncertainty, it is hereby:

ORDERED that all directives, deadlines, and scheduled appearances, including the trial date, established by Judge Hellerstein shall remain in full force and effect.

IT IS FURTHER ORDERED that the parties shall strictly adhere to the existing litigation schedule unless modified by order of the Court.

Dated: October 29, 2026
New York, New York

ANALISA TORRES
United States District Judge