**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

NICOLÁS MADURO MOROS, *et al.*,

Defendants.

S5 11-CR-205 (AT)

**NOTICE OF MOTION OF NICOLÁS MADURO MOROS**
**TO DISMISS THE FIFTH SUPERSEDING INDICTMENT**
**BASED ON SOVEREIGN IMMUNITY**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Barry J. Pollack and exhibits annexed thereto, the Appendix of International Cases, and upon all of the pleadings and proceedings herein, Mr. Nicolás Maduro Moros, by and through undersigned counsel, will respectfully move this Court, before the Hon. Analisa Torres at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on December 17, 2026 at 11:00 am (or at such other date and time designated by the Court) for an order pursuant to Federal Rule of Criminal Procedure 12(b) dismissing the Fifth Superseding Indictment.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Barry J. Pollack*

Barry J. Pollack
HARRIS TRZASKOMA LLP
1300 19th Street, NW, Suite 700
Washington, D.C. 20036
(934) 667-3824
bpollack@harristrz.com

Anna Estevao
HARRIS TRZASKOMA LLP
125 Broad Street, 10th Floor
New York, NY 10004
(212) 970-6465
aestevao@harristrz.com

*Counsel for Nicolás Maduro Moros*