**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICOLÁS MADURO MOROS, *et al.*,<br><br>Defendants. | S5 11-CR-205 (AT) |

**NOTICE OF MOTION OF NICOLÁS MADURO MOROS AND CILIA FLORES DE MADURO TO DISMISS COUNT TWO OF THE FIFTH SUPERSEDING INDICTMENT FOR LACK OF VENUE OR, IN THE ALTERNATIVE, FOR PRODUCTION OF THE GRAND JURY MINUTES**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and upon all of the pleadings and proceedings herein, Mr. Nicolás Maduro Moros and Ms. Cilia Flores de Maduro, by and through undersigned counsel, will respectfully move this Court, before the Hon. Analisa Torres at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on December 17, 2026 at 11:00 am (or at such other date and time designated by the Court) for an order pursuant to Federal Rule of Criminal Procedure 12(b) dismissing Count Two of the Fifth Superseding Indictment, or in the alternative for an order requiring the Government to produce the grand jury minutes associated with the Government's presentation of evidence relating to the Fifth Superseding Indictment.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Barry J. Pollack*

Barry J. Pollack
HARRIS TRZASKOMA LLP
1300 19th Street, NW, Suite 700
Washington, D.C. 20036
(934) 667-3824
bpollack@harristrz.com

Anna Estevao
HARRIS TRZASKOMA LLP
125 Broad Street, 10th Floor
New York, NY 10004
(212) 970-6465
aestevao@harristrz.com

*Counsel for Nicolás Maduro Moros*

*/s/ M. Andrés Sánchez-Ross*

M. Andrés Sánchez-Ross
Mark E. Donnelly
PARKER, SÁNCHEZ & DONNELLY PLLC
700 Louisiana Street, Suite 4520
Houston, Texas 77002
(713) 659-7200
andres@psd.law

*Counsel for Cilia Adela Flores de Maduro*