USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/16/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

NICOLÁS MADURO MOROS, *et al.*,

Defendants.

S5 11-CR-205 (AT)

**MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM OF LAW, DECLARATION, AND EXHIBIT IN SUPPORT OF MOTION OF NICOLÁS MADURO MOROS TO DISMISS THE FIFTH SUPERSEDING INDICTMENT BASED ON SOVEREIGN IMMUNITY**

Defendant Nicolás Maduro Moros, through counsel, respectfully requests leave to file under seal an unredacted version of the Memorandum of Law in Support of the Motion of Nicolás Maduro Moros to Dismiss the Fifth Superseding Indictment Based on Sovereign Immunity (the "Memorandum of Law"), an unredacted version of the November 9, 2026 Declaration of Barry J. Pollack (the "Pollack Declaration"), and the document attached as Exhibit 5 to the Pollack Declaration.

Mr. Maduro files this motion for leave to seal in accordance with the Protective Order the Court has entered in this case, which requires that Sealed Material, including documents designated as "Attorney's Possession Only," "be filed under seal, absent consent of the Government or Order of the Court." ECF 332 ¶¶ 3, 6. The Government has designated Exhibit 5 as Attorney's Possession Only, as indicated by the Bates label on the document. In addition, both the Memorandum of Law and the Pollack Declaration discuss the contents of Exhibit 5. The Government does not consent to the public filing of Exhibit 5 or the information contained therein. Accordingly, Mr. Maduro seeks to file under seal an unredacted version of the Memorandum of

Law, an unredacted version of the Pollack Declaration, and Exhibit 5 to the Pollack Declaration. Redacted, public versions of the Memorandum of Law and the Pollack Declaration, and a slip sheet identifying Exhibit 5, have been filed at ECFs 361, 361-1, and 361-6.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Barry J. Pollack*

Barry J. Pollack
HARRIS TRZASKOMA LLP
1300 19th Street, NW, Suite 700
Washington, D.C. 20036
(934) 667-3824
bpollack@harristrz.com

Anna Estevao
HARRIS TRZASKOMA LLP
125 Broad Street, 10th Floor
New York, NY 10004
(212) 970-6465
aestevao@harristrz.com

*Counsel for Nicolás Maduro Moros*

GRANTED.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ANALISA TORRES
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed a redacted version of the foregoing documents with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: AUSAs Kaylan Lasky, Henry Ross, Kevin Sullivan and Kyle Wirshba.

Copies of the unredacted documents and of the sealed exhibit have been served by electronic mail on AUSAs Kaylan Lasky, Henry Ross, Kevin Sullivan and Kyle Wirshba.

*/s/ Barry J. Pollack*
Barry J. Pollack